MILLS POWER COMPANY, Appellant, *v.* MOHAWK HYDRO-ELECTRIC COMPANY, Respondent.

*Mills Power Co.* v. *Mohawk Hydro-Electric Co.*, 155 App. Div. 869, affirmed.

(Argued May 10, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 19, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by

the court at a Trial Term without a jury in an action in equity for an injunction restraining the defendant from operating a trunk line which extended from its dam to its power house and crossed certain premises the fee title to which is in the plaintiff, and from taking the waters of a creek which passed over said premises. Damages for trespass were also sought in said action.

*Merwyn H. Nellis* and *Andrew J. Nellis* for appellant.

*Fred Linus Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.